# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Case No. 15-31871
         Chapter 11

PALM BEACH MARITIME
FOUNDATION, INC.

_____Debtor_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, <u>Palm Beach Maritime Foundation Inc.</u>, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's [Trustee's] best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **December 18, 2015**

2. Names, case numbers and dates of filing of related debtors: N/A

3. Description of debtor's business: **Non-Profit Corporation which holds membership interest in Palm Beach Maritime Museum, Inc.**

4. Locations of debtor's operations and whether the business premises are leased or owned: **4512 N Flagler Drive Ste 306 West Palm Beach FL 33407, Leased**

5. Reasons for filing chapter 11: **Outstanding Debt and Usurpation of Debtors principal asset by former board members**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **John Grant, No Salary nor Benefits**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **N/A**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations:
**N/A**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and
**N/A**

    c. Amount of unsecured claims: **$181,625.00**
**Mulitple Contingent Unliquidated Claims with unknown amount of claims.**

9.    General description and approximate value of the debtor's assets: **Main asset is Memberhsip interest which allows for corporate control over Palm Beach Maritime Museum, Inc.. Palm Beach Maritime Museum Inc. Has numerous assets including Palm Beach Maritime Academy, and revenue stemming from both the museum and the academy.**

10.    List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; **TBD**

11.    Number of employees and amounts of wages owed as of petition date: **0**

12.    Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Current as there are none.**

13.    Anticipated emergency relief to be requested within 14 days from the petition date: None.

    /s/ John Grant
    Signature
    John Grant
    (Name of Corporate Officer or Authorized Representative)

/s/ Angelo A Gasparri
Angelo A Gasparri, Esq.
The Law Offices of Angelo A Gasparri
1080 S Federal Highway
Boynton Beach FL 33435
Phone: (561) 826-8986
Fax: (561) 935-9706
Angelo@drlclaw.com
FBN: 032158

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.