ORDERED in the Southern District of Florida on March 29, 2016.



Paul G. Hyman, Jr.
Chief United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

PALM BEACH MARITIME FOUNDATION, INC.,

Debtor.

_____/

Case No. 15-31871-PGH

Chapter 11

### AGREED ORDER DISMISSING CHAPTER 11 CASE [ECF NO. 18]

**THIS MATTER** came before the Court at a hearing on March 29, 2016 at 9:30 a.m. (the "Hearing") upon *Palm Beach Maritime Museum, Inc.'s Motion to Dismiss* (ECF No. 18) (the "Motion"). The Court having reviewed the Motion and the record in this case, having been advised of the consent of Palm Beach Maritime Foundation, Inc. (the "Debtor") to the relief requested in the Motion, and having found good cause exists to grant the relief requested therein, does:

{37864418;1}

**ORDER AND ADJUDGE** as follows:

1. The Motion is **GRANTED**. The instant Chapter 11 Bankruptcy Case is hereby **DISMISSED**, and the Debtor is prohibited from filing any petition for relief under the Bankruptcy Code for a 180 day period from the date of entry of this Order.

2. The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6), within ten (10) days of the entry of this Order, and simultaneously file with the Court a sworn declaration confirming any cash disbursements for the relevant periods since the period reported on the last Debtor-in-Possession report filed by the Debtor.

3. The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

4. The dismissal of the instant bankruptcy case is conditional to the Debtor paying all outstanding United States Trustee fees and the Clerk of Court's fees, costs, and charges. If the Debtor fails to comply with paragraph 2 and 3, supra, the United States Trustee may seek to vacate the instant Order and seek conversion of the bankruptcy case to Chapter 7 on an expedited basis.

###

**SUBMITTED BY:**
**AKERMAN LLP**
Brett Marks, Esq.
*Counsel for Defendant, Palm Beach Maritime Museum, Inc.*
350 E. Las Olas Blvd., Suite 1600
Ft. Lauderdale, Florida 33301
Tel: (954) 463-2700 /Fax: (954) 463-2224

Copies furnished to:
Brett Marks [Attorney Marks is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.]